10-14012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| Jerry Leon Lofton ) | |
| ) | |
| xxx-xx-9559  xxx-xx- ) | Case No. |
| 1612 N Tacoma ) | Chapter 13 |
| Tulsa OK 74127-0000 ) | |
| ) | |
| Debtor(s) ) | |

## CHAPTER 13 PLAN

The Debtor(s) shall make the payments shown at right starting in 30 days after commencement of the case, to the Trustee, who shall deduct his statutory percentage fee and disburse the remainder as described below.

$950.00 in months 01-60

PRIORITY: The following claims shall be paid in full.

| Claimholder | Description | Claim Amount | | Interest Rate | Monthly payments |
|---|---|---|---|---|---|
| Huckabee & Huckabee, Inc. | Attorney fees | 1700.00 | | 0.00% | $283.33 in months 01-06, $0.00 in months 07-60 |
| Internal Revenue Service | 2007 and 2009 income taxes | 4000.00 | | 0.00% | $0.00 in months 01-06, $74.07 in months 07-60 |
| Internal Revenue Service | Income taxes owed due to amended tax returns filed by Debtor for tax years 2005 through 2009 | 5580.00 | | 0.00% | $0.00 in months 01-06, $103.33 in months 07-60 |
| Oklahoma Tax Commission | Income taxes owed due to amended tax returns filed by Debtor for tax years 2005 through 2009 | 1650.00 | | 0.00% | $0.00 in months 01-06, $30.56 in months 07-60 |

SECURED: These claimants shall retain these liens to the extent of (and their allowed secured claims shall be valued at) "Value of Secured Claim" stated below.  Any balance of each claim as filed shall be allowed as general unsecured claim. These claimants shall release their liens of record when Debtors complete the Plan.

| Claimholder (marked * if entitled to 1326(a)(1)(C) adequate protection) | Collateral | Scheduled Claim | Value of Secured Claim | Interest Rate | Monthly payments |
|---|---|---|---|---|---|
| Ford Motor Credit* | 2006 Ford Econoline Van - 910-day-rule does not apply | 14628.00 | 10750.00 | 6.00% | $207.83 in months 01-60 |

10-14012

SURRENDER: The following property shall be surrendered. For each creditor named below, the amount by which such creditor's claim exceeds the sale proceeds shall be relegated and treated as a general unsecured claim if such creditor files a timely proof of claim and within 60 days after confirmation sells the collateral and files an amended proof of claim setting forth the deficiency. Otherwise, the claim shall be deemed fully satisfied, and such creditor shall have no unsecured claim, regardless of deficiency.

| Claimholder | Collateral | Scheduled Claim | Value of Secured Claim | Balance relegated to unsecured status (zero unless otherwise stated) |
|---|---|---|---|---|
| Wyndam Vacation Resorts | Time Share | 8000 | 8000 | |

AVOID: Debtors shall file a lien avoidance motion regarding the following claims. These claims shall be relegated and treated as general unsecured.

| Claimholder | Collateral | Scheduled Claim | Value of Secured Claim | |
|---|---|---|---|---|
| | | | | |

SPECIAL: The following claims shall be treated as set forth below.

| Claimholder | Collateral | Scheduled Claim | Interest Rate | Monthly payments |
|---|---|---|---|---|
| | | | | |

LONG TERM: These are secured claims, as referenced in 11 U.S.C. 1322(b)(5), on which the last payment is due after the date on which the final plan payment is due. These secured creditors shall retain their liens.  The trustee shall make the following payments during the plan.  After completing the plan, Debtor shall resume and make payments directly to the claimholder until the secured debt is paid in full. These claimholders are prohibited from imposing late charges and adverse credit reporting, during or after the plan term, for delays caused by administration of this plan, including without limitation (1) the 30-day delay between the filing of this case and the first plan payment due date and (2) delays between Debtor's payments to the Trustee and the creditor's receipt of payments from the Trustee; these claimholders shall pay Debtor's attorney fees and court costs if Debtor prevails in a motion or action to enforce this provision.

| Claimholder (marked * if entitled to 1326(a)(1)(C) adequate protection) | Collateral | Scheduled Claim | Value of Secured Claim | Interest Rate | Monthly payments |
|---|---|---|---|---|---|
| | | | | | |

10-14012

HOME MORTGAGE PAYMENTS TO BE PAID DIRECTLY BY DEBTOR: Debtor shall make directly to the creditor all regular payments, starting with the first one that becomes due after the case is commenced.  The creditor shall retain its mortgage.  This is a "long-term debt" pursuant to 11 U.S.C. 1322(b)(5), so Debtor's payments will continue beyond the plan until completed according to the contract.

| Claimholder | Collateral | | | | |
|---|---|---|---|---|---|
| Beneficial | Homestead | | | | |

UNSECURED CLAIMS:  All claims not specifically provided for above and those relegated to unsecured status above shall be paid as general unsecured claims, without priority, on a prorata basis.

| | |
|---|---:|
| Total of Debtor's payments to Trustee | $57,000.00 |
| Less payments on secured and priority claims | -25,399.64 |
| Less Trustee's projected statutory percentage fee | -6,270.00 |
| Equals projected payments on general unsecured claims | $25,330.36 |
| | |
| General unsecured claims per schedules | $100,336.00 |
| Plus claims relegated to general unsecured status | 3,878.00 |
| Equals projected total general unsecured claims | $104,214.00 |
| | |
| Projected percentage payback to general unsecured claims | 24.31% |

OTHER PROVISIONS:

All property of the estate under 11 U.S.C. Section 1306 at the time of confirmation shall be and remain property of the estate, and all stays in effect at the time of confirmation shall remain in force and effect, until conclusion of the case or other order of the Court.

All claims will be treated as set forth above unless a creditor objects prior to the confirmation hearing and files a claim within 90 days after the first date set for the meeting of creditors called pursuant to 11 U.S.C. Section 341(a). Governmental units must file claims within 180 days after the order for relief.

All creditors without priority who fail to file a proof of claim within the time stated in paragraph 2 above, may not receive any distribution under this plan.

All secured creditors shall retain their liens as provided in 11 U.S.C. Sec. 1325(a)(5)(B)(i).

The above-named Debtor(s) is/are enjoined from incurring any debts without prior approval of the Court, except such debts as may be necessary for emergency medical or hospital care.

/s/Brian W. Huckabee
Brian W. Huckabee OBA 4428, Attorney for Debtor
Huckabee & Huckabee, Inc.
406 S. Boulder Suite 425, Tulsa, OK  74103
918-587-3000 / brian@hucklaw.com